STATE OF NORTH CAROLINA v. WILLIAM JUAN TAYLOR

No. 71PA98

(Filed 9 October 1998)

On review of substantial constitutional questions, pursuant to N.C.G.S. § 7A-30(1), of a unanimous decision of the Court of Appeals, 128 N.C. App. 394, 496 S.E.2d 811 (1998), finding no error in a judgment entered by Gardner, J., on 19 April 1996, in Superior Court, Mecklenburg County. Heard in the Supreme Court 1 October 1998.

*Michael F. Easley, Attorney General, by T. Brooks Skinner, Jr., Assistant Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Janine Crawley Fodor, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

The decision of the Court of Appeals is affirmed as to both constitutional questions raised, the issue of the juvenile transfer statute, N.C.G.S. § 7A-610(a), being based on the authority of *State v. Green,* 348 N.C. 588, 502 S.E.2d 819 (1998).

AFFIRMED.

Justice WYNN did not participate in the consideration or decision of this case.